# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3667

_____

| | |
|---|---|
| Dr. Philip L. Nelson, Citizen, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * Appeal from the United States |
| | * District Court for the |
| United States of America, et al; | * District of Minnesota. |
| Internal Revenue Service, | * |
| | * [UNPUBLISHED] |
| Appellees. | * |

_____

Submitted: July 7, 1999
Filed: August 10, 1999

_____

Before WOLLMAN, Chief Judge, RICHARD S. ARNOLD, and BEAM, Circuit
Judges.

_____

PER CURIAM.

Dr. Philip L. Nelson appeals from the district court's[1] order dismissing his
petition to quash Internal Revenue Service circular letters for lack of subject matter
jurisdiction. After careful review of the record and the parties' submissions, we affirm.
See 8th Cir. R. 47B.

_____

[1]The Honorable David S. Doty, United States District Judge for the District of
Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.